JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE TAYLOR, | 2:07-cv-00809 FMC-JTLx |
| Plaintiff, | JUDGMENT |
| VS. | (Supersedes Proposed Judgment Lodged with the Court on July 31, 2009) |
| SMITHKLINE BEECHAM CORPORATION, A GLAXOSMITHKLINE COMPANY LONG TERM DISABILITY PLAN, | |
| Defendant. | |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED for the reasons stated in the Court's Order on Administrative Review, dated June 26, 2009, that Plaintiff Janice Taylor shall have judgment against Defendant SmithKline Beecham Corporation, a Glaxo SmithKline Company Long Term Disability Plan for recovery of the long term disability benefits prayed for in the Complaint, plus interest. The sums to be paid pursuant to this Judgment are as follows:

| | |
|---|---|
| Past due long term disability benefits up to August 31, 2009 | $39,487.77 |

1

| | | |
|---|---|---|
| Prior Overpayment | | -  2,559.45 |
| | Sub Total: | $36,928.32 |
| Pre-judgment interest as agreed by the parties | |    3,801.43 |
| | Total Amount Due | $40,729.75 |

Plaintiff shall be entitled to payment of additional monthly benefits, after August 31, 2009, for so long as she remains eligible for said benefits under the terms of the Plan. Plaintiff shall also be entitled to any additional employee benefits under the benefit plans maintained by her former employer as a result of this Court's determination that Plaintiff was entitled to disability benefits as of and subsequent to January 31, 2005.

Defendants are ordered to pay said sums to plaintiff herein within thirty (30) days after entry of Judgment. Thereafter, the amounts specified above shall accrue interest at the rate of 4%.

Plaintiff and defendant have reached a separate agreement regarding the payment of attorneys' fees and costs. Said amounts are to be paid within thirty (30) days after entry hereof. Thereafter, said amounts shall accrue interest at the rate of 4%.

Dated:  August 24, 2009

_____
Hon. Florence Marie Cooper
U.S. District Court Judge

Approved as to form:

 */s/ Cynthia Sands*
Attorneys tor defendant

2